IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

SONJA MULLERIN,

    Plaintiff,

v.                                CASE NO.: 1:12cv190-SPM/GRJ

JOHN HAYTER, et al.,

    Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This cause comes before the Court upon Magistrate Judge's report and recommendation (doc. 8) dated August 21, 2012.  Plaintiff was furnished a copy, and has filed objections (doc. 9).

Pursuant to Title 28, United States Code, Section 636(b)(1), I find that the Report and Recommendation is correct and should be adopted. Accordingly, it is

ORDERED AND ADJUDGED:

1.     The Magistrate Judge's Report and Recommendation (doc. 8) is adopted and incorporated by reference in this order.

2.     Plaintiff's motion for temporary restraining order and preliminary injunction (doc. 4) is denied.

DONE AND ORDERED this 14th day of September, 2012.

*S/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge