IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

SONJA MULLERIN,

      Plaintiff,

v.                             CASE NO.: 1:12cv190-SPM/GRJ

JOHN HAYTER et al.,

      Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This cause comes before the Court upon Magistrate Judge's Report and Recommendation (doc. 14) dated October 2, 2012.  A copy of the Report and Recommendation was furnished to the Plaintiff.  The Plaintiff filed no objections.

Pursuant to Title 28, United States Code, Section 636(b)(1), I find that the Report and Recommendation is correct and should be adopted. Accordingly, it is

ORDERED AND ADJUDGED:

1.      The Magistrate Judge's Report and Recommendation (doc. 14) is adopted and incorporated by reference in this order.

2.      Plaintiff's Motion to Proceed In Forma Pauperis (doc. 2) is denied.

DONE AND ORDERED this 19th day of October, 2012.

*S/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge